UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

   - against -

BRIAN MASKIELL,

                    Defendant.

-------------------------------------------------------X

18 CR 00597-01 (NSR)

ORDER

ROMÁN, D.J.:

The Court has sentenced defendant as time served. It is hereby

ORDERED that defendant is released from US Marshal custody.

SO ORDERED.

_____
Nelson S. Román
United States District Judge

Dated: White Plains, NY
        February 28, 2020


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 2/28/2020